# United States District Court

_____ MIDDLE _____ DISTRICT OF _____ ALABAMA _____

UNITED STATES OF AMERICA

v.

TIVARI TYRELL MUSGROVE

**WARRANT FOR ARREST**

CASE NUMBER: 1:06mj 134-DRB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Tivari Tyrell Musgrove__
                                                                        Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
knowingly and with intent to deceive, falsely represent a number to be the Social Security account number assigned to him by the Secretary when in fact such is not the Social Security account number assigned to him by the Secretary,

in violation of Title ___42___ United States Code, Section(s) __408(a)(7)(B)__

DELORES R. BOYD
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

_____
(By) Deputy Clerk

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

NOVEMBER 27, 2006   MONTGOMERY, ALABAMA
Date and Location

Bail fixed at $ _____ by _____
                                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |