**COURTROOM DEPUTY MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

DATE: 11-28-2006

DIGITAL RECORDING: 3:56 - 4:15 pm

- [x] **INITIAL APPEARANCE**
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [x] **PRELIMINARY EXAMINATION**

PRESIDING MAG. JUDGE: DRB    DEPUTY CLERK: sql

CASE NO.: 1:06mj134-DRB    DEFT. NAME: Tivari Tyrell MUSGROVE

USA: Hardwick    ATTY: _____

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO; ( ) Stand In ONLY

USPTSO/(USPO): Hopek

Defendant ____ does ✓ does NOT need an interpreter

Interpreter present ✓ NO ____ YES NAME: _____

- [x] kars. — Date of Arrest: 11-27-06   or  [ ] karsr40
- [x] kia. — Deft. First Appearance. Advised of rights/charges.  [ ] Pro/Sup Rel Violator
- [x] kcnsl. — Deft. First Appearance with Counsel
- [ ] — Deft. First Appearance without Counsel
- [ ] — Requests appointed Counsel   [x] ORAL MOTION for Appointment of Counsel
- [x] kfinaff. — Financial Affidavit executed  [ ] to be obtained by PTSO
- [x] koappted — ORAL ORDER appointing Community Defender Organization  -  **Notice to be filed.**
- [ ] k20appt. — Panel Attorney Appointed;  [ ] to be appointed - prepare voucher
- [ ] — Deft. Advises he will retain counsel. Has retained _____
- [ ] — Government's ORAL (kgoralm.) Motion for Detention Hrg.  [ ] To be followed by written motion;
- [ ] — Government's WRITTEN Motion for Detention Hrg. filed.
- [ ] kdmhrg. — Detention Hearing [ ] held;  [ ] set for _____
- [ ] kotempdtn. — ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- [ ] kodtn. — ORDER OF DETENTION PENDING TRIAL entered
- [ ] kocondrls. — Release order entered. Deft. advised of conditions of release
- [ ] kbnd. — [ ] BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
- [x] kloc.(LC) — [ ] BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
   Bond NOT executed. Deft to remain in Marshal's custody
- [ ] — Preliminary Hearing [ ] Set for _____
- [ ] ko. — Deft. ORDERED REMOVED to originating district
- [ ] kwvprl. — Waiver of [ ] preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
- [x] — Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- [ ] karr. — ARRAIGNMENT SET FOR: _____ [ ] HELD. Plea of **NOT GUILTY** entered.
   [ ] Set for _____ Trial Term; [ ] PRETRIAL CONFERENCE DATE: _____
   DISCOVERY DISCLOSURES DATE: _____
- [ ] krmknn. — NOTICE to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg. — Identity/Removal Hearing set for _____
- [ ] kwvspt — Waiver of Speedy Trial Act Rights Executed

| AO 432 (Rev. 2/84) | Administrative Office of the United States Courts |||||
|---|---|---|---|---|---|
| **WITNESS AND EXHIBIT RECORD** ||||||
| DATE 11/28/2006 | CASE NUMBER 1:06mj134-DRB | OPERATOR S. Q. Long, Jr., Courtroom Deputy ||| PAGE NUMBER 2 |
| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
| Blake Diamond | Hardwick | Borelli | No | No | MJ BOYD |
|  |  |  |  |  |  |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
|  |  |  |  |