IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06MJ134-DRB |
| | ) | |
| TIVARI TYRELL MUSGROVE | ) | |

**ORDER**

On November 28, 2006, pursuant to Fed. R. Crim. P. 5.1, the court held a preliminary hearing in this case. Based on the evidence presented at the hearing, from Agent Blake Diamond of the U.S. Department of Homeland Security-Immigration and Customs Enforcement, the court finds that there is probable cause to believe that an offense has been committed in violation of 42 U.S.C. § 408(a)(7)(B), and that the defendant committed the offense charged in the Criminal Complaint.. Accordingly, it is

**ORDERED** that the defendant be held to answer the charges against him in this court.

Done this 29th day of November, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE