IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06MJ134-DRB |
| | ) | |
| TIVARI TYRELL MUSGROVE | ) | |

## ORDER OF DETENTION PENDING TRIAL

Upon notice that the U.S. Immigration and Customs Enforcement Agency has filed a detainer against this Defendant, Tivari Tyrell Musgrove, the Defendant, by appointed counsel, concurred that a hearing would be futile and thus waived any detention hearing. It is, therefore, **ORDERED** that the defendant is remanded to the custody of the United States Marshal and committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

Done this 29th day of November, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE